no $ sent

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Jeremy K. Gillis #537522                                   2:11-cv-2211 Sec P
Full Name of Plaintiff, Prisoner Number                    Civil Action No.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

VS.                        DEC 21 2011
                                                           Judge
                           TONY R. MOORE, CLERK
                           BY _____ DEPUTY
Travis Skinner - Night Major    SHREVEPORT
Full Name of Defendant(s)                                  Magistrate Judge

# COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun any other lawsuit while incarcerated or detained in a facility?
       Yes ___    No  X

   B.  If your answer to the proceeding question is yes, provide the following information.

       1. State the court(s) where each lawsuit was filed (if federal, identify the district, if state court, identify the county or parish):

       _____

       _____

       2. Name the parties to the previous lawsuit(s):

          Plaintiffs: _____

          Defendant(s): _____

       3. Docket number(s): _____

       4. Date(s) on which each lawsuit was filed: _____

       5. Disposition and date thereof [for example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]

       _____

*Federal Civil Rights Complaint* ; (W.D.La.)                         1

C. Have you filed any lawsuit or appeal in any federal court of appeal, which has been dismissed?

Yes ____   No  X

If your answer to the proceeding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

_____

B. Is there a prison grievance procedure in the institution?
Yes ____   No  X

1. Did you file an administrative grievance based upon the same facts, which form the basis of this lawsuit?
Yes  X    No ____

If yes, what is the Administrative Remedy Procedure number?   ALC-2011-529

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through all steps of the administrative grievance procedure by appealing to the Secretary of Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

   A. Name of Plaintiff   Jeremy K. Gillis #537522

      Address   3751 Lauderdale Woodyard, Kinder, Louisiana 70648

   B. Defendant,   Travis Skinner- Night Major

      Address   3751 Lauderdale Woodyard, Kinder, Louisiana 70648

      Defendant,   Chaplin Vertis March

      Address   3751 Lauderdale Woodyard, Kinder, Louisiana 70648

      Additional defendants   Wayne Calabrese (CEO of GEO)

      One Park Place Suite 700, 621 Northwest 53rd St. Boca Roton, Florida 334487

IV. Statement of Claims

State the facts of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all person involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS; YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

On the above date and time, I, offender, Jeremy K. Gillis at approximately 6:45 p.m. in the auxiliary kitchen church call-out where we have church along with Terry Collier #439688 was sitting on the second row from the front of the church, waiting for church to begin at that time Major T. Skinner came in and ordered Terry and myself with five other offenders that we have to get out now this the third time this happened. Once 8/17/11 and 8/23/11 along with the above date. This clearly states that Major T. Skinner targets gay/homosexuals with indifference sadistically and denying me and other "homosexuals/gays" our religious rights that governs under Federal and State Laws 1st, 8th, and 14th Amendments. It clearly states congress shall make no law Respecting the establishment of religion is protected by U.S. Constitutional and several Federal statues, by doing what Major T. Skinner and named defendants in this action. Religious Indifference/Deprivation from attending church services. This is clear violation or the 1st, 8th,

14th Amendments.

V. Relief

State exactly what you want the court to provide you or do for you. Make no legal arguments. Cite no cases or statutes.

That Major T. Skinner be sanctioned and removed from ALC.

That myself and all of the other offenders be compensated at this Honorable Courts discretion and monetary damages.

That I don't be transferred from ALC.

There be no type of retaliation in any form, could be in affect now, I'm letting the court know in advance.

VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of cost if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 18 day of December, 20 11.

Jeremy K. Gillis- 537522
Print Applicant's Name and DOC Number
Allen Correctional Center
3751 Lauderdale-Woodyard Rd.
Kinder, LA 70648

Signature of Plaintiff

Jeremy K. Gillis #537522
Allen Correctional Center
3751 Lauderdale Woodyard
Kinder, Louisiana 70648

LEGAL MAIL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 21 2011

TONY R. MOORE, CLERK
BY_____
DEPUTY

Clerk of the United States District Court,
Western District of Louisiana
300 Fannin St., Ste. 1167
Shreveport, LA 71101-3083

Hasler
Mailed From 70648
12/19/2011
$01.80
US POSTAGE
016H2652413