RECEIVED
IN LAKE CHARLES, LA.
APR 09 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JEREMY K. GILLIS** | CIVIL ACTION NO. 2:11-cv-2211<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| **TRAVIS SKINNER, ET AL** | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 20] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that this plaintiff's petition be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

Lake Charles, Louisiana, on this 7 day of April, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE